**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

MICHAEL KRASLEY, et al.,

     *Plaintiffs,*

    v.

COUNTY OF MONTGOMERY, et al.,

     *Defendants.*

CIVIL ACTION
NO. 25-6758

## ORDER

**AND NOW**, this 6th day of May, 2026, upon consideration of Montgomery County and Janine Darby's Motion to Dismiss (Dkt. No. 9), Michael Krasley, Ryan Krasley, Kevin Krasley, Anthony Iademarco and Rocco D'Alessandro's response (Dkt. No. 10) and Montgomery County and Janine Darby's reply (Dkt. No. 12), it is

**ORDERED** the Motion is **GRANTED in part and DENIED in part as follows**:

- The plaintiffs' claims under the Pennsylvania Constitution are **DISMISSED with prejudice**;

- The plaintiffs' claims under Title VII are **DISMISSED with prejudice**;

- The plaintiffs' claims under the Due Process Clause of the Fourteenth Amendment are **DISMISSED without prejudice**;

- Kevin Krasley's and Ryan Krasley's claims under the Equal Protection Clause of the Fourteenth Amendment and 42 U.S.C. § 1981 are **DISMISSED without prejudice**;

- The plaintiffs' claims under 42 U.S.C. § 1985(3) are **DISMISSED without prejudice**; and

o   The plaintiffs may file a second amended complaint, consistent with the accompanying Memorandum, **on or before Wednesday, May 27, 2026**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.